

**SO ORDERED.**
**SIGNED this 11th day of January, 2021**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Shelley D. Rucker
Shelley D. Rucker
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **In the Matter of:** | ) | |
| **SHELIA ANN FOTHERGILL** | ) | **Case Number: 2:20-BK-51715-SDR** |
| **Debtor** | ) | **Chapter 7** |
| | ) | |

### AGREED ORDER FOR RELIEF FROM STAY
### AND/OR DICHARGE INJUNCTION

As evidenced by the signatures below, and upon consideration of the Motion of Entry of Agreed Order for Relief from the Automatic Stay and/or Discharge Injunction and from all of which the court finds:

1. Prior to the commencement of the Debtors' Chapter 7 Bankruptcy filing, the Debtor was a defendant in litigation pending in the Circuit Court for Washington County at Jonesborough, Tennessee styled Benjamin T. Blount vs. Shelia A. Fothergill, Civil Action Number 39742.

2. The Debtor, by and through Counsel, agrees that Benjamin T. Blount should be granted relief from the automatic stay provided by Section 362 of the United States Bankruptcy Code and/or from the discharge injunction provided by Section 524 of the United States Bankruptcy Code to pursue that certain cause of action filed in the Circuit Court for Washington County at Jonesborough, Tennessee styled Benjamin T. Blount vs. Shelia A.

Fothergill, Civil Action Number 39742, for the purpose of pursuing an individual judgment against the Debtor, Shelia A. Fothergill, on which judgment the Creditor may levy and execute only to the extent that the Debtor has applicable automobile liability insurance coverage with no personal liability being assessed against the Debtor individually.

### IT IS THEREFORE ORDERED AS FOLLOWS:

Benjamin T. Blount shall be and hereby is granted relief from the automatic stay provided by Section 362 of the United States Bankruptcy Code and/or from the discharge injunction provided by Section 524 of the United States Bankruptcy Code to pursue his cause of action against the Debtor in the Circuit Court for Washington County at Jonesborough, Tennessee styled Benjamin T. Blount vs. Shelia A. Fothergill, Civil Action Number 39742 for the purpose of pursuing an individual judgment against the debtor, Shelia A. Fothergill, on which judgment the creditor may levy and execute only to the extent that the debtor has applicable automobile liability insurance coverage with no personal liability being assessed against the Debtor individually.

# # #

APPROVED FOR ENTRY:

/s/ D. Stephen Duncan
**D. STEPHEN DUNCAN,** BPR.#: 012623
Attorney for Benjamin T. Blount
P.O. Box 1848
Johnson City, TN 37605-1848
(423) 926-1357


/s/ Dean Greer
**DEAN GREER,** BPR#: 009976
Attorney for Shelia A. Fothergill
PO Box 3708
Kingsport, TN 37664
(423)246-1988


/s/ David H. Jones
**DAVID H. JONES**, Chapter 7 Trustee
PO Box 50034
Knoxville, TN 37950
(865)789-2048